IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                                    CASE NO. 06-CR-40011

BILLY GENE CHANDLER                                                  DEFENDANT

## <u>ORDER</u>

Before the Court is Plaintiff United States of America's Motion to Dismiss. (Doc. 16). The

United States moves to dismiss this action due to the death of the Defendant, Billy Gene Chandler.

The Court finds that Plaintiff's Motion to Dismiss should be and hereby is **GRANTED**. Plaintiff's

action against Defendant is hereby terminated.

**IT IS SO ORDERED**, this 27th day of November, 2006.

            /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge